of Appeals for the Third Circuit denied. *Mr. Robert P. Shick* for petitioner. *Mr. Caleb J. Bieber* for respondent.

No. 156. SCHEFMAN ET AL. *v.* DE GROOT, TRUSTEE. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Clare J. Hall* for petitioners. No appearance for respondent.

No. 157. TRINIDAD ASPHALT MFG. Co. *v.* WESTERN WILLITE Co. ET AL. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Howard G. Cook* for petitioner. *Messrs. S. Mayner Wallace, Gurney E. Newlin,* and *George Eigel* for respondents.

No. 158. FIDELITY & DEPOSIT Co. OF MARYLAND *v.* BURDEN; and
No. 159. SAME *v.* SAME. October 14, 1929. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph F. Murray* for petitioner. *Mr. Charles S. Aronstam* for respondent.

No. 160. GILL *v.* SMITH. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Carey Van Fleet* for petitioner. *Mr. Malcolm McAvoy* for respondent.

No. 161. JONESBORO GROCER Co. *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Donald Horne* for peti-

tioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *Charles R. Pollard* for the United States.

No. 162. GAMBLE, RECEIVER, *v.* DARRAGH. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. P. A. Lasley* and *H. M. Trieber* for petitioner. *Messrs. Ashley Cockrill* and *H. M. Armistead* for respondent.

No. 163. MIMNAUGH *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. L. L. Hamby* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Henry A. Cox* and *W. Marvin Smith* for the United States.

No. 166. RAMSEY ET AL. *v.* CITY OF OXFORD ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John J. Jones, B. R. Leydig,* and *K. M. Geddes* for petitioners. *Messrs. W. A. Ayres, Austin M. Cowan,* and *Chester I. Long* for respondents.

No. 168. LONG ET AL. *v.* AMERICAN RAILWAY EXPRESS Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Beeman Strong* and *Will E. Orgain* for petitioners. *Mr. Palmer Hutcheson* for respondent.